UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DOUGLAS P. MENIER,

    Plaintiff,

    v.

FOREST RIVER, INC.,

    Defendant.

Case No. 3:22-CV-198 JD

## ORDER

Before the Court is the parties' stipulated motion to dismiss Plaintiff Douglas Menier's claims against Defendant Forest River, Inc., with prejudice. (DE 18.) Rule 41 is the governing rule because granting the stipulated dismissal would result in the dismissal of the entire action. *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015). The stipulated dismissal is signed by all parties who have appeared.

The motion to dismiss (DE 18) is **GRANTED**, and all claims are dismissed with prejudice. Because this dismissal resolves all claims, the Clerk of the Court is **DIRECTED** to close this case.

SO ORDERED.

ENTERED: May 2, 2023

                        /s/ JON E. DEGUILIO
                        Chief Judge
                        United States District Court